# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE


## STATE OF TENNESSEE v. STANLEY RAY DAVIS
## IN RE: RAY D. DRIVER, d/b/a DRIVER BAIL BONDS


**Criminal Court for Campbell County**
**No. 11461**

---

**No. E2003-00765-CCA-R3-CD**
**May 3, 2004**

---

## ORDER


Upon its own motion, the court hereby withdraws the opinion and vacates the judgment previously filed on April 26, 2004, in this case. A new opinion and judgment will be filed.

PER CURIAM
(Tipton, J., Wade, P.J., Glenn, J.)